UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICOMEDES ROMAN-CRUZ,<br><br>                           Petitioner,<br><br>           - v -<br><br>TODD LYONS, in his official capacity as Acting Director of the Immigration and Customs Enforcement, *et al.*,<br><br>                           Respondents. | No. 25 Civ. 10522 (RA)<br><br>**RETURN TO<br>HABEAS PETITION** |

Under 28 U.S.C. § 2243, Respondents respectfully submit this Return; the Declaration of Mayra A. Pardo dated January 2, 2026; and the accompanying Memorandum of Law in Opposition to the Amended Petition for a Writ of Habeas Corpus ("Petition") filed by Petitioner Nicomedes Roman-Cruz (Dkt. No. 10). The attached documents were obtained from Petitioner's administrative file, as maintained by and provided to this Office by U.S. Immigration and Customs Enforcement ("ICE").

1. **Exhibit 1** is a copy of a Notice and Order of Expedited Removal (Form I-860), dated July 23, 2007.

2. **Exhibit 2** is a copy of an Order of the Immigration Judge, dated April 26, 2023.

3. **Exhibit 3** is a copy of an Order of Supervision (Form I-220B), dated May 3, 2023.

4. **Exhibit 4** is a copy of a Notice of Revocation of Release, dated December 17, 2025.

5. **Exhibit 5** is a copy of a Warrant of Removal/Deportation (Form I-205), dated December 17, 2025.

6. **Exhibit 6** is a copy of a form titled Alien Informal Interview Upon Revocation of Order of Supervision, dated December 17, 2025.

7. **Exhibit 7** is a copy of an ERO Delegation Order, dated July 25, 2019.

8. **Exhibit 8** is a copy of memorandum titled Third Country Removals Following the Supreme Court's Order in Department of Homeland Security v. D.V.D., No. 24A1153 (U.S. June 23, 2025), dated July 9, 2025.

9. **Exhibit 9** is a copy of a Warrant for Arrest of Alien (Form I-200), dated December 17, 2025.

The facts contained in Exhibits 1 through 7 and in the Declaration of Deportation Officer Mayra A. Pardo, and the law set forth in Respondents' memorandum of law in opposition to the Petition establish that Petitioner's detention is lawful.

WHEREFORE, Respondents respectfully request that the Court enter judgment denying the Petition.

Dated: New York, New York
January 2, 2026

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York
*Attorney for Respondents*

By: *Robert Ruff*

Robert S. Ruff
Assistant United States Attorney
26 Federal Plaza, 37th Floor
New York, New York 10278
(212) 637-2522
robert.ruff@usdoj.gov