# EXHIBIT 2



**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**ELIZABETH IMMIGRATION COURT**

Respondent Name:
ROMAN CRUZ, NICOMEDES

To:
Strandburg-Peshkin, Danielle Rachel
570 Broad Street
Suite 1001
Newark, NJ 07102

A-Number:
088663603

Riders:
In Withholding Only Proceedings
Initiated by the Department of Homeland Security
Date:
04/26/2023

## ORDER OF THE IMMIGRATION JUDGE

☐ This is a summary of the oral decision entered on

☒ Both parties waived the issuance of a formal oral decision in this proceeding.

The noncitizen's request for:

☒ Withholding of Removal under Immigration and Nationality Act § 241(b)(3) is:
☒ granted ☐ denied ☐ withdrawn.

☐ Withholding of Removal under the Convention Against Torture is:
☐ granted ☐ denied ☐ withdrawn.

☐ Deferral of Removal under the Convention Against Torture is:
☐ granted ☐ denied ☐ withdrawn.

Immigration Judge: PANOPOULOS, ADAM  04/26/2023

Appeal:  Department of Homeland Security:  ☒ waived   ☐ reserved
         Respondent:                        ☒ waived   ☐ reserved

Appeal Due:

## Certificate of Service

This document was served:
Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service
To: [ ] Noncitizen | [ ] Noncitizen c/o custodial officer | [ E ] Noncitizen's atty/rep. | [ E ] DHS
Respondent Name : ROMAN CRUZ, NICOMEDES | A-Number : 088663603
Riders:
Date: 04/27/2023  By:  Vitali, Patricia , Court Staff