# EXHIBIT 4



ce of Enforcement and Removal Operations
Field Office New York

**U.S. Department of Homeland Security**
26 Federal Plaza
New York, New York 10278

**U.S. Immigration
and Customs
Enforcement**

Roman-Cruz, Nicomedes                                    088 663 603
c/o Immigration and Customs Enforcement
New York Field Office

## Notice of Revocation of Release

This letter is to inform you that your order of supervision has been revoked and you will be detained
in the custody of U.S. Immigration and Customs Enforcement (ICE) at this time. This decision has
been made based on a review of your official alien file and a determination that there are changed
circumstances in your case, specifically that ICE will proceed with a third country removal attempt.

ICE has determined that you can be expeditiously removed from the United States pursuant to the
outstanding order of removal against you. On July 23, 2007, you were ordered removed to
Guatemala by an authorized U.S. DHS/DOJ official and you are subject to an administratively final
order of removal.

Based on the above, and pursuant to 8 C.F.R. 241.4 / 8 C.F.R. 241.13, you are to remain in ICE
custody at this time.  You will promptly be afforded an informal interview at which you will be
given an opportunity to respond to the reasons for the revocation. If you are not released after the
informal interview, you will receive notification of a new review, which will occur within
approximately three months of the date of this notice.

You are advised that you must demonstrate that you are making reasonable efforts to comply with
the order of removal, and that you are cooperating with ICE's efforts to remove you by taking
whatever actions ICE requests to affect your removal. You are also advised that any willful failure or
refusal on your part to make timely application in good faith for travel or other documents necessary
for your departure, or any conspiracy or actions to prevent your removal or obstruct the issuance of a
travel document, may subject you to criminal prosecution under 8 U.S.C. Section 1253(a).

DARIUS L ROBINSON    Digitally signed by DARIUS L
ROBINSON
Date: 2025.12.17 11:40:09 -05'00'

_____                    _____
Signature and Title of Deciding Assistant Field Office Director          Date

**Notice of Revocation of R~~lease~~**
**Roman-Cruz, Nicomedes 088 663 603**
Page 2

## PROOF OF SERVICE

**(1)    Personal Service**

(a) I ____Damian Giraldo____ , ____ Deportation Officer,____
          Name of ICE Officer                              Title

certify that I served ____Roman-Cruz, Nicomedes____ with a copy of this document at
                              Name of detainee

____26 Federal Plaza, New York, NY 10278__ on __12/17/2025____ at _____ .
          Institution                          Date                              Time

DAMIAN GIRALDO
Digitally signed by DAMIAN GIRALDO
Date: 2025.12.17 11:47:34 -05'00'

( ) cc: Attorney of Record or Designated Representative
( ) cc: A-File