# EXHIBIT 5

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

# WARRANT OF REMOVAL/DEPORTATION

Subject ID:401011373
File No: 088 663 603
Event No:NYC2612002401
Date: December 17, 2025

**To any immigration officer of the United States Department of Homeland Security:**

NICOMEDES ROMAN CRUZ

(Full name of alien)

who entered the United States at     SASABE, AZ                on July 18, 2007

(Place of entry)                                    (Date of entry)

is subject to removal/deportation from the United States, based upon a final order by:

[ ] an immigration judge in exclusion, deportation, or removal proceedings

[X] a designated official

[ ] the Board of Immigration Appeals

[ ] a United States District or Magistrate Court Judge

and pursuant to the following provisions of the Immigration and Nationality Act:

212a7AiI

I, the undersigned officer of the United States, by virtue of the power and authority vested in the Secretary of Homeland Security under the laws of the United States and by his or her direction, command you to take into custody and remove from the United States the above-named alien, pursuant to law, at the expense of:

Salaries and Expenses, Department of Homeland Security

KENNETH GENALO

(Signature of immigration officer)

Field Office Director

(Title of immigration officer)

December 17, 2025, NEW YORK, NY

(Date and office location)

ICE Form I-205 (8/07)

To be completed by immigration officer executing the warrant: Name of alien being removed:

NICOMEDES ROMAN CRUZ

**Port, date, and manner of removal:** _____

Photograph of alien
removed

Right index fingerprint
of alien removed

_____
(Signature of alien being fingerprinted)

_____
(Signature and title of immigration officer taking print)

Departure witnessed by: _____
(Signature and title of immigration officer)

If actual departure is not witnessed, fully identify source or means of verification of departure:

_____

_____

_____

_____

If self-removal (self-deportation), pursuant to 8 CFR 241.7, check here. ☐

Departure Verified by: _____
(Signature and title of immigration officer)

ICE Form I-205 (8/07)

Page 2 of 2