# EXHIBIT 6

ALIEN INFORMAL INTERVIEW

UPON REVOCATION OF ORDER OF SUPERVISION UNDER

8 C.F.R. § 241.4(l); 8 C.F.R. § 241.13(i)

STATEMENT OF __NICOMEDES ROMAN CRUZ__

A File # _____088663603_____

Detention Location ___26 Federal Plaza New York, NY___

INTERVIEWING ICE OFFICER: ___Damian Giraldo, Deportation Officer, NY, NY___

[Print Name, Title & Duty Station]

On __12/17/2025__, I conducted an initial informal interview of the detainee listed above in order to afford the alien an opportunity to respond to the reasons for revocation of his or her order of supervision stated in the notification letter. At the interview, the alien made the following oral response regarding the reasons for revocation:

Alien did not give a statement.

The detainee [did] [did not] provide a written statement or oral statement. The detainee [did] [did not] provide any documents. Any documents provided are attached.

DAMIAN GIRALDO
Digitally signed by DAMIAN GIRALDO
Date: 2025.12.17 15:14:33 -05'00'

Signature of Interviewing Officer

**FOR INTERNAL USE ONLY**