# EXHIBIT 7

| **Department of Homeland Security**<br>**U.S. Immigration and Customs Enforcement** | **ERO Delegation Order** |
|---|---|

| ORDER NUMBER:<br>ERO DO 0001.1 | FEA NUMBER:<br>306-112-002a | ISSUE DATE:<br>July 25, 2019 | EFFECTIVE DATE:<br>July 25, 2019 |
|---|---|---|---|
| **SUBJECT:**<br>**Re-delegation of certain detention and removal authority.** ||||
| **DELEGATED BY:**<br>Executive Associate Director (EAD)<br>Enforcement and Removal Operations || **DELEGATED TO:**<br>Assistant Field Office Directors<br>Supervisory Detention and Deportation Officers<br>Detention and Deportation Officers<br>Enforcement and Removal Operations ||
| **SOURCE OF AUTHORITY BEING DELEGATED:**<br>Homeland Security Act of 2002, Pub. L. No. 107-296, as amended;<br>Department of Homeland Security Delegation No. 7030.2, "Delegation of Authority to the Assistant Secretary for U.S. Immigrations and Customs Enforcement," dated November 13, 2004;<br>ICE Delegation Order 0001, "Delegation of Authority to the Directors, Detention and Removal and Investigations, and to Field Office Directors, Special Agents in Charge and Certain Other Officers of the Bureau of Immigration and Customs Enforcement," dated June 6, 2003;<br>Immigration and Nationality Act §§ 236, 238, 239, 240B, 241; 8 U.S.C. §§ 1226, 1228 1229, 1229c, and 1231; and 8 C.F.R. §§ 2.1, 103.6, and 287.5(e)(2); and 8 C.F.R. Parts 236, 238, 239, 240, 241. || **SUPERSEDED ORDER(S):**<br>Memorandum from Anthony S. Tangeman, Director, Office of Detention and Removal Operations, dated June 9, 2003, Delegation of Detention and Removal Authority;<br>Memorandum from Gary Mead, EAD, Enforcement and Removal Operations, dated December 5, 2011, Re-Delegation of Authorities to GS-14 Non-Supervisory 287(g) Field Program Managers;<br>Memorandum from Thomas Homan, EAD, Enforcement and Removal Operations, dated August 18, 2016, Delegation of Detention and Removal Authority. ||

| Department of Homeland Security<br>U.S. Immigration and Customs Enforcement | ERO Delegation Order |
|---|---|

**DELEGATION:**

By virtue of the authority delegated to the Executive Associate Director for Enforcement and Removal Operations (ERO) in U.S. Immigration and Customs Enforcement (ICE) Delegation Order No. 0001, *Delegation of Authority to the Directors, Detention and Removal and Investigations, and to Field Office Directors, Special Agents in Charge and Certain Other Officers of the Bureau of Immigration and Customs Enforcement* (June 6, 2003), to administer and enforce provisions relating to the immigration enforcement and removal functions of ICE, and subject to my oversight, direction and guidance, I hereby re-delegate to ERO Assistant Field Office Directors (AFODs), Supervisory Detention and Deportation Officers (SDDOs), Detention and Deportation Officers serving as Field Program Managers, and officers acting in that capacity, the following authorities:

- Authority under 8 C.F.R. § 103.6 to approve bonds, determine whether such bonds have been breached, and take appropriate action to protect the interests of the United States with respect to such bonds;
- Authority under INA § 236(a) [8 U.S.C. § 1226(a)], 8 C.F.R. § 236.1 relating to the arrest, apprehension and detention of aliens and 8 C.F.R. § 287.5(e)(2) relating to the authority to issue arrest warrants for immigration violations;
- Authority under INA § 238(b) [8 U.S.C. § 1228(b)] and 8 C.F.R. Part 238, to serve as the Issuing Service Officer in cases involving expedited removal of aliens who are not lawful permanent residents and who are convicted of aggravated felonies as defined in INA § 101(a)(43);
- Authority under INA § 239 [8 U.S.C. § 1229] and 8 C.F.R. Part 239, relating to the initiation of removal proceedings through the issuance of a Notice to Appear (NTA) and the cancellation of such NTAs prior to jurisdiction vesting with the Department of Justice's Executive Office for Immigration Review; and
- Authority under INA § 241 [8 U.S.C. § 1231] and 8 C.F.R. Part 241, relating to warrants of removal, reinstatement of removal, self-removal, and release of aliens from detention.

In addition, I re-delegate to ERO AFODs, SDDOs, and officers acting in that capacity, authority under INA § 240B [8 U.S.C. § 1229c] and 8 C.F.R. Part 240 to adjudicate requests for voluntary departure.

The authorities delegated herein may not be further re-delegated.

Nothing in the delegation provided by this order shall be construed to limit my exercise of such authority, or my authority to direct and control such employees in their exercise of the delegated authority.

*Nathalie R. Asher*
_____
Nathalie R. Asher
Executive Associate Director
Enforcement and Removal Operations