UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICOMEDES ROMAN-CRUZ,<br><br>                    Petitioner,<br><br>          v.<br><br>TODD LYONS, in his official capacity as Acting Director of Immigration and Customs Enforcement; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; PAM BONDI, in her official capacity as Attorney General, LADEON FRANCIS, in his acting capacity as Field Office Director of Enforcement and Removal Operations;<br><br>                    Respondents. | 25-CV-10522 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

Due to a scheduling conflict, the hearing previously scheduled for 11:00 a.m. on Wednesday, January 7, 2026 is hereby adjourned to 11:30 a.m. on the same date.

SO ORDERED.

Dated:    January 5, 2026
          New York, New York

_____
          Ronnie Abrams
          United States District Judge