UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICOMEDES ROMAN-CRUZ,<br><br>                              Petitioner,<br>         v.<br><br>TODD LYONS, in his official capacity as Acting Director of Immigration and Customs Enforcement; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; PAM BONDI, in her official capacity as Attorney General, LADEON FRANCIS, in his acting capacity as Field Office Director of Enforcement and Removal Operations;<br><br>                              Respondents. | 25-CV-10522 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

Having reviewed Petitioner's Motion to Withdraw Without Prejudice the third-country removal Claims of the Amended Petition for a Writ of Habeas Corpus, Dkt. 10, 23, the Court hereby grants the motion. The third-country removal Claims contained in Counts Eight, Nine, Ten, and Eleven of the Amended Petition are deemed withdrawn without prejudice. The Clerk of Court is respectfully directed to terminate the motion pending at Dkt. 23 and enter judgment for the Petitioner in this case. *See* Dkt. 21.

SO ORDERED.

Dated:    February 3, 2026
          New York, New York

_____
                    Ronnie Abrams
                    United States District Judge