**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
NICOMEDES ROMAN-CRUZ,

|                                | Petitioner, | 25 **CIVIL** 10522 (RA) |
|---|---|---|

-against-                                                             **JUDGMENT**

TODD LYONS, in his official capacity as
Acting Director of Immigration and Customs
Enforcement; KRISTI NOEM, in her official
capacity as Secretary of Homeland Security;
PAM BONDI, in her official capacity as Attorney
General, LADEON FRANCIS, in his acting capacity
as Field Office Director of Enforcement and
Removal Operations,

                                                   Respondents.
----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated February 3, 2026, Petitioner's Motion to Withdraw Without

Prejudice the third-country removal Claims of the Amended Petition for a Writ of Habeas

Corpus is GRANTED. Judgment is hereby entered in favor of the Petitioner and the case is

closed.

**DATED:**  New York, New York
            February 4, 2026


                                        **TAMMI M. HELLWIG**
                                        _____
                                              **Clerk of Court**


                        **BY:**  _____
                                              **Deputy Clerk**